Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−21276−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Minnie Williams−Wooden
  1704 Snowberry Drive
  Williamstown, NJ 08094−8755

Social Security No.:
  xxx−xx−4892

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:          8/14/19
Time:          10:00 AM
Location:      Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

    An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

    **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: June 5, 2019
JAN: jpl

                                    Jeanne Naughton
                                    Clerk, U. S. Bankruptcy Court

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                          Case No. 19-21276-ABA
Minnie Williams-Wooden                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: admin               Page 1 of 1            Date Rcvd: Jun 05, 2019
                               Form ID: 132              Total Noticed: 13
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2019.
```
db             Minnie Williams-Wooden,    1704 Snowberry Drive,    Williamstown, NJ 08094-8755
518285241     +Bail Bonds of America,    523 Cooper Street,    Camden, NJ 08102-1210
518285242      Emergency Phy Assoc. of S. Jersey,    P.O. Box 740021,    Cincinnati, OH 45274-0021
518285243     +Gloucester Township EMS,    P.O. 670,    Cape May Court House, NJ 08210-0670
518285244      HRRG,    PO Box 8486,    Pompano Beach, FL 33075-8486
518285246     +KML Law Group,    216 Haddon Ave,    Suite 406,    Collingswood, NJ 08108-2812
518285245     +Kennedy Health System,    PO Box 48023,    Newark, NJ 07101-4823
518285247     +May Funeral,Home,    1001 S. 4th Street,    Camden, NJ 08103-2015
518285248     +PNC Bank,    P.O. Box 6534,    Carol Stream, IL 60197-6534
518285249      Radiology Associates of NJ, PC,    28075 Network Place,    Chicago, IL 60673-1280
518285250      South Jersey Gas,    P.O. Box 6091,    Bellmawr, NJ 08099-6091
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 06 2019 00:22:22      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 06 2019 00:22:19      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
                                                                                              TOTAL: 2
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2019 at the address(es) listed below:
```
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Steven A. Ragland   on behalf of Debtor Minnie  Williams-Wooden ragland203martin@aol.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 3
```