UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Minnie L. Williams-Wooden

Case No.:     19-21276

Chapter:     13

Judge:     ABA

# NOTICE OF FAILURE TO FILE SUPPLEMENTAL
# DOCUMENTS CONCERNING SCHEDULES

TO: Steven A. Ragland, Esquire

This will confirm that on    November 11, 2019,    the following document(s) was filed by you.

☒ Amendment to Schedule(s)   A/B ,

☐ Missing Documents, including Schedule(s) ,

This will further confirm that the court has not received the following supplemental documents:

☒ Declaration About an Individual Debtor's Schedules (106 Declaration)

☒ An updated Summary of Your Assets and Liabilities and Certain Statistical Information (106 Summary) [Schedules A/B, D, E/F, I and J ONLY]

☐ Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)

☐ An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary) [Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated:    November 13, 2019          Jeanne A. Naughton, Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Minnie L. Williams-Wooden  
    Debtor

Case No. 19-21276-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Nov 13, 2019  
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2019.  
db         Minnie L. Williams-Wooden,    1704 Snowberry Drive,    Williamstown, NJ  08094-8755

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2019 at the address(es) listed below:  
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com  
          Rebecca Ann Solarz    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION  rsolarz@kmllawgroup.com  
          Steven A. Ragland    on behalf of Debtor Minnie L. Williams-Wooden  ragland203martin@aol.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                    TOTAL: 4