THE RAGLAND LAW GROUP
3 Executive Campus, Suite 255
Cherry Hill, New Jersey 08002
Telephone (856) 414-9015
Steven A. Ragland, Esquire (ID#037151997)
Attorney for the Debtor

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Chapter 13 |
| Avia Norwood, | Case No. 19-21963 (ABA) |
| Debtor(s). | |

## MOTION TO VACATE DISMISSAL OF CHAPTER 13 BANKRUPTCY CASE

PLEASE TAKE NOTICE that on **December 23, 2019, at 10:00 a.m.**, or as soon as counsel may be heard, Steven A. Ragland, Esquire will move before the Honorable Andrew B. Altenburg, USBJ, United States Bankruptcy Court, Courtroom 4B, 400 Cooper Street, Camden, New Jersey for an Order Reinstating the Chapter 13 Bankruptcy Case.

PLEASE TAKE FURTHER NOTICE that the facts the Debtor relies upon, as set forth on the accompanying certification, and the basis for the requested relief, do not present complicated questions of fact or unique questions of law, it is hereby submitted that no brief is necessary in the Court's consideration of the within Motion.

The Ragland Law Group
Attorneys for the Debtor

/s/ Steven A. Ragland
Steven A. Ragland, Esquire