MINNIE WILLIAMS-WOODEN
1704 SNOWBERRY DRIVE
WILLIAMSTOWN, NJ 08094-8755

*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002-2977
(856) 663-5002

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**(Camden)**

| | |
|---|---|
| In Re:<br><br>MINNIE WILLIAMS-WOODEN<br><br><br>Debtor(s). | Proceedings in Chapter 13<br><br>Case No.: 19-21276-ABA<br><br>**TRUSTEE'S STATEMENT PURSUANT TO 11 U.S.C. §§ 1302(c), 1106(a)(3), and 1106(a)(4)** |

    The Chapter 13 Standing Trustee hereby submits this Statement of Investigation of the financial affairs of the Debtor(s) pursuant to 11 U.S.C. §§ 1302(c), 1106(a)(3) and 1106(a)(4).

    1.   The Trustee's office has conducted a § 341(a) Meeting of Creditors and a business examination which consisted of the review of the Petition, Schedules A - J, Statement of Financial Affairs, and Statement of Current Monthly Income, including a comparison between the Debtor(s)' filed petition and schedules and Certification of Business Debtor (attached hereto as Exhibit "A").

    2.   The Trustee, except to the extent that the Court orders otherwise, has investigated the acts, conduct, assets, liabilities, and financial condition of the Debtor(s), the operation of the Debtor(s)' business and the desirability of the continuance of such business, and any other matter relevant to the case or to the formulation of a plan.

    3.   Furthermore, in connection with the investigation, the Trustee has not ascertained any fact pertaining to fraud, dishonesty, incompetence, misconduct, mismanagement or irregularity in the management of the affairs of Debtor(s), or to a cause of action available to the estate.

Dated: August 12, 2020

ICB:   KES
via first class mail:
    MINNIE WILLIAMS-WOODEN

Respectfully submitted,

*/s/ ISABEL C. BALBOA*
ISABEL C. BALBOA
Chapter 13 Standing Trustee

Form 20020-00-Trustee's Statement; Chapter 13 Standing Trustee

THE RAGLAND LAW GROUP
3 Executive Plaza, Suite 255
Cherry Hill, New Jersey 08002
Telephone (856) 414-9015
Steven A. Ragland, Esquire 037151997
Attorney for the Debtor(s)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Minnie Williams Wooden, | : | Case No. 19-21276(ABA) |
| | : | |
| Debtor(s). | : | |
| | : | |

**Certification**

I Minnie Williams Wooden, hereby certify and say:

1. I am the debtor in the above-referenced Chapter 13 Bankruptcy case.

2. I am the owner of Edna Personal Care.

3. Since the filing of this case I have owned the aforementioned business..

4. To date Edna Personal Care has earned no income and has no employees as reflected in my 2018 and 2017 tax returns.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/ Minnie Williams Wooden
Minnie Williams Wooden