Printed on: 12/31/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2020 to 12/31/2020  
**Case Number: 19-21276 (ABA)**

Minnie Williams-Wooden  
1704 Snowberry Drive  
Williamstown, NJ  08094-8755

Monthly Payment: $751.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 03/06/2020 | $599.55 | 04/02/2020 | $599.55 | 05/04/2020 | $599.55 | 06/02/2020 | $599.55 |
| 06/30/2020 | $599.55 | 07/01/2020 | $599.55 | 08/04/2020 | $599.55 | 09/30/2020 | $751.00 |
| 11/13/2020 | $751.00 | 12/14/2020 | $751.00 | | | | |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | MINNIE WILLIAMS-WOODEN | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | STEVEN A. RAGLAND, ESQUIRE | 13 | $3,500.00 | $3,500.00 | $0.00 | $0.00 |
| 0 | MINNIE WILLIAMS-WOODEN | 0 | $2,756.75 | $0.00 | $0.00 | $0.00 |
| 1 | BAIL BONDS OF AMERICA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | EMERGENCY PHYSICIAN ASSOCIATES OF SJ, PC | 33 | $1,526.00 | $0.00 | $1,526.00 | $0.00 |
| 3 | GLOUCESTER TOWNSHIP EMS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | HRRG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | KML LAW GROUP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | KENNEDY HEALTH SYSTEM | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | MAY FUNERAL,HOME | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | RADIOLOGY ASSOCIATES OF NJ, PC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | SOUTH JERSEY GAS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | STEVEN A. RAGLAND | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | PNC BANK, N.A. | 24 | $24,170.58 | $4,506.62 | $19,663.96 | $0.00 |
| 14 | U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT | 24 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 07/01/2019 | 12.00 | $0.00 |
| 07/01/2020 | Paid to Date | $6,073.49 |
| 08/01/2020 | 35.00 | $751.00 |
| 07/01/2023 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $6,449.85 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $687.92 |
| Arrearages: | $380.89 |
| Attorney: | STEVEN A. RAGLAND, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**