UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Law Office of David A Snyder
BY: David A Snyder  ds0475
11 W. Ormond Avenue
Suite 150 C
Cherry Hill, NJ  08002
856-547-5888
(F) 856-656-0430
Email:
dasnyderlaw@aol.com
Attorney for the Debtor, Minnie Williams-Wooden

| | | |
|---|---|---|
| IN RE: | : | Case No.  19-21276 |
| | : | |
| MINNIE WILLIAMS-WOODEN | : | Chapter 13 |
| Debtor | : | |
| | : | Hearing date: |
| | : | |
| | : | Judge Altenburg |

The undersigned hereby consent to the withdrawal of Steven Ragland, Esquire, and the substitution of David A. Snyder, as Attorney for the Debtor, Minnie Williams-Wooden, in the above entitled case.

DATED: 12/13/22                                                         DATED:  12/13/22


/s Steven Ragland_____                                      _/s David A Snyder__
STEVEN RAGLAND                                               DAVID A. SNYDER
Withdrawing Attorney                                          Superseding Attorney