Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−21276−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Minnie L. Williams−Wooden
   1704 Snowberry Drive
   Williamstown, NJ 08094−8755

Social Security No.:
   xxx−xx−4892

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 2/17/23 at 09:00 AM

to consider and act upon the following:

**55** − Certification in Opposition to Trustee default certification (related document:53 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 02/1/2023. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by David A Snyder on behalf of Minnie L. Williams−Wooden. (Attachments: # 1 Certificate of Service) (Snyder, David)

Dated: 1/27/23

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court