| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Law Office of David A Snyder<br>BY: David A Snyder  ds0475<br>11 W. Ormond Avenue<br>Suite 150 C<br>Cherry Hill, NJ  08002<br>856-547-5888<br>(F) 856-656-0430<br>Email: dasnyderlaw@aol.com<br>Attorney for the Debtor, Minnie L. Williams-Wooden | |
| In Re:<br><br>MINNIE L. WILLIAMS-WOODEN | Case No.: 19-21276<br>Chapter: 13<br>Adv. No.:<br>Hearing Date: 3/7/23<br>Judge: Andrew L. Altenburg |

## CERTIFICATION OF SERVICE

1. I, __David A Snyder, Esquire__ :

    ☒ represent __Debtor, Minnie L. Williams-Wooden__ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __3/8/23__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Certification of Debtor's Counsel in support of certification of service of the Debtor's motion to reinstate the automatic stay returnable on March 7, 2023, and Exhibit A - email of March 6, 2023.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __3/8/23__                    /s David A. Snyder
                                                    Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Isabel C. Balboa, Chapter 13 Trustee<br>535 Route 38<br>Suite 580<br>Cherry Hill, NJ  08002<br>Email: jarcher@standingtrustee.com | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _via ECF and email_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| KLM Law Group, PC<br>Krešimir Grgurevi , Bankruptcy Manager<br>701 Market Street, Suite 5000<br>Philadelphia, PA  19106<br>kgrgurevic@kmllawgroup.com | Mortgage Lender PNC Bank, NA counsel | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _via ECF and email_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

2