UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on April 4, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Law Office of David A Snyder
BY: David A Snyder  ds0475
11 W. Ormond Avenue
Suite 150 C
Cherry Hill, NJ  08002
856-547-5888
(F) 856-656-0430
Email: dasnyderlaw@aol.com
Attorney for the Debtor, Minnie L. Williams-Wooden

_____

| | | |
|---|---|---|
| IN RE: | : | Case No.  19-21276 |
| | : | |
| Minnie L. Williams-Wooden | : | Chapter 13 |
| Debtor | : | |
| | : | Hearing date:  3/7/2023 |
| | : | |
| _____ | : | Andrew L. Altenburg, Jr., USBJ |

ORDER REINSTATING AUTOMATIC STAY

The relief set forth on the following page is hereby ORDERED.

**DATED: April 4, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter having been presented to the Court by the Debtor, Minnie L. Williams-Wooden, by and through her counsel, David A. Snyder, Esquire, and the Court having reviewed the motion and any opposition filed, and for good cause shown it is ORDERED that:

The automatic stay is reinstated as to PNC Bank, N.A., and all creditors served with the motion as of the date of this order, except those previously granted stay relief.

IT IS FURTHER ORDERED that within 3 days of the date of this Order, the debtor must serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form Certification of Service.