Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 19–21276–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Minnie L. Williams–Wooden
1704 Snowberry Drive
Williamstown, NJ 08094–8755

Social Security No.:
xxx–xx–4892

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:            December 5, 2023
Time:            10:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*78* – Certification in Opposition to Creditor Certification of Default (related document:77 Creditor's Certification of Default (related document:48 Motion for Relief from Stay re: re: 1704 Snowberry Drive, Williamstown, NJ, 08094. Fee Amount $ 188. filed by Creditor PNC BANK, NATIONAL ASSOCIATION, 69 Application re: Entry of Consent Order in Lieu of Motion filed by Creditor PNC BANK, NATIONAL ASSOCIATION, 71 Consent Order filed by Creditor PNC BANK, NATIONAL ASSOCIATION) filed by Denise E. Carlon on behalf of PNC BANK, NATIONAL ASSOCIATION. Objection deadline is 11/17/2023. (Attachments: # 1 Exhibit A – Order Curing Post–Petition Arrears # 2 Exhibit B – Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor PNC BANK, NATIONAL ASSOCIATION) filed by David A Snyder on behalf of Minnie L. Williams–Wooden. (Attachments: # 1 Exhibit A – July bank statement # 2 Exhibit A – August bank statement # 3 Exhibit A – September bank statement # 4 Exhibit A – October bank statement # 5 Exhibit A – electronic payment of 11/1/23) (Snyder, David)

and transact such other business as may properly come before the meeting.

Dated: November 14, 2023
JAN: lgr

Jeanne Naughton
Clerk