Printed on: 01/02/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 19-21276 (ABA)

Minnie Williams-Wooden  
1704 Snowberry Drive  
Williamstown, NJ  08094-8755

Monthly Payment: $405.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/26/2023 | $751.00 | 03/08/2023 | $751.00 | 06/16/2023 | $751.00 | 08/08/2023 | $751.00 |
| 09/12/2023 | $405.00 | 12/21/2023 | $405.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | MINNIE WILLIAMS-WOODEN | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | STEVEN A. RAGLAND, ESQUIRE | 13 | $3,500.00 | $3,500.00 | $0.00 | $0.00 |
| 0 | MINNIE WILLIAMS-WOODEN | 0 | $2,756.75 | $0.00 | $0.00 | $0.00 |
| 0 | DAVID A. SNYDER, ESQUIRE | 13 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1 | BAIL BONDS OF AMERICA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | EMERGENCY PHYSICIAN ASSOCIATES OF SJ, PC | 33 | $1,526.00 | $0.00 | $1,526.00 | $0.00 |
| 3 | GLOUCESTER TOWNSHIP EMS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | HRRG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | KML LAW GROUP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | KENNEDY HEALTH SYSTEM | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | MAY FUNERAL,HOME | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | RADIOLOGY ASSOCIATES OF NJ, PC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | SOUTH JERSEY GAS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | STEVEN A. RAGLAND | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | PNC BANK, N.A. | 24 | $24,170.58 | $22,221.07 | $1,949.51 | $5,998.75 |
| 14 | U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | PNC BANK, N.A. | 13 | $500.00 | $500.00 | $0.00 | $500.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 07/01/2019 | 48.00 | $0.00 |
| 07/01/2023 | Paid to Date | $27,471.60 |
| 08/01/2023 | 11.00 | $405.00 |
| 07/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $3,814.00 |
| Total paid to creditors this period: | $6,498.75 |
| Undistributed Funds on Hand: | $366.12 |
| Arrearages: | $869.00 |
| Attorney: | DAVID A. SNYDER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**