UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
*[Enter your name, address and phone number]*

David A Snyder, Esquire
ds 0475
11 W. Ormond Avenue
Suit 150C
Cherry Hill, NJ 08002
856-547-5888
(F) 856-656-0430
email: dasnyderlaw @aol.com
Attorney for the Debtor

Order Filed on December 3, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
*[Enter the debtor's name(s)]*

Minnie L. Williams-Wooden

Case No.: 19-21276
*[Enter the case number]*

Chapter: 13
*[Enter the case number]*

Hearing Date: 12/3/2024
*[Enter the hearing date]*

Judge: Altenburg
*[Enter the Judge's last name]*

# ORDER GRANTING MOTION TO REOPEN CASE TO FILE CERTIFICATION ABOUT A FINANCIAL MANAGEMENT COURSE

The relief set forth on the following page is **ORDERED**.

*[Leave the rest of this page blank]*

**DATED: December 3, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The Court having reviewed the debtor's Motion to Reopen Case to File Certification About a Financial Management Course, and any related responses or objections, it is hereby

ORDERED that:

1. The debtor's case is reopened.

2. If the debtor(s) has not already done so, then within 14 days of the date of this order, the debtor(s) must file the *Certification About a Financial Management Course* (if this is a joint case, each debtor must file a separate Certification).

3. The debtor's discharge shall be entered upon the filing of the *Certification About a Financial Management Course.*

4. If the debtor(s) fails to file the *Certification About a Financial Management Course* within 14 days of the date of this order, the case will be reclosed without entry of the discharge, and without further notice from the Court.