UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
*[Enter your name, address and phone number]*

David A Snyder, Esquire
ds 0475
11 W. Ormond Avenue
Suit 150C
Cherry Hill, NJ 08002
856-547-5888
(F) 856-656-0430
email: dasnyderlaw @aol.com
Attorney for the Debtor

Order Filed on December 3, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
*[Enter the debtor's name(s)]*

Minnie L. Williams-Wooden

Case No.: 19-21276
*[Enter the case number]*

Chapter: 13
*[Enter the case number]*

Hearing Date: 12/3/2024
*[Enter the hearing date]*

Judge: Altenburg
*[Enter the Judge's last name]*

# ORDER GRANTING MOTION TO REOPEN CASE TO FILE CERTIFICATION ABOUT A FINANCIAL MANAGEMENT COURSE

The relief set forth on the following page is **ORDERED**.

*[Leave the rest of this page blank]*

DATED: December 3, 2024

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The Court having reviewed the debtor's Motion to Reopen Case to File Certification About a Financial Management Course, and any related responses or objections, it is hereby

ORDERED that:

1. The debtor's case is reopened.

2. If the debtor(s) has not already done so, then within 14 days of the date of this order, the debtor(s) must file the *Certification About a Financial Management Course* (if this is a joint case, each debtor must file a separate Certification).

3. The debtor's discharge shall be entered upon the filing of the *Certification About a Financial Management Course.*

4. If the debtor(s) fails to file the *Certification About a Financial Management Course* within 14 days of the date of this order, the case will be reclosed without entry of the discharge, and without further notice from the Court.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-21276-ABA
Minnie L. Williams-Wooden  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Dec 03, 2024 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Minnie L. Williams-Wooden, 1704 Snowberry Drive, Williamstown, NJ 08094-8755 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2024      Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| David A Snyder | on behalf of Debtor Minnie L. Williams-Wooden dasnyderlaw@aol.com g26258@notify.cincompass.com;snyder.davidb121471@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6